UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Donald F. Campbell, Jr., Esq. (DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Tel: 732 741 3900
Fax: 732 224 6599
dcampbell@ghclaw.com

In Re:

Ronnie J. Clark

Elizabeth J. Clark

Case No.:      19-26450

Adv. Pro. No.: _____

Chapter:       7

Hearing Date:  September 24, 2019

Judge:         KCF

## ADJOURNMENT REQUEST

1.  I, Donald F. Campbell, Jr., Esq. ,

    ☒   am the attorney for:  Debtors, Ronnie and Elizabeth Clark,

    ☐   am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Order to Show Cause Why Case Should Not be Dismissed

    Current hearing date and time: September 24, 2019 at 2:00pm

    New date requested: October 8, 2019 at 2:00pm

    Reason for adjournment request: We received financial information from the Debtors to file schedules on Friday

    _____

2. Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 9/23/19                                      /s/ Donald F. Campbell, Jr.
                                                              Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted          New hearing date: _____          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☒ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*