UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire – RM3223
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Creditor WELLS FARGO BANK, N.A.

Order Filed on October 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RONNIE J. CLARK and
ELIZABETH J. CLARK,

            Debtors.

Case No.:   19-26450-KCF

Chapter:    7

Hrg Date:   October 22, 2019 at 10:00 A.M.

Judge:      Hon. Kathryn C. Ferguson

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: October 23, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtors: Ronnie J. Clark and Elizabeth J. Clark
Case No. 19-26450-KCF
Caption of Order: Order Vacating Stay as to Real Property

Upon the motion of WELLS FARGO BANK, N.A., by and through counsel, Saldutti Law Group, pursuant to 11 U.S.C. § 362(d), for relief from the automatic stay as to the real property described below; the Court having reviewed the Motion and any opposition filed thereto, if any, and heard oral argument, if any; now therefore;

It is on this day ORDERED:

1. that the automatic stay is vacated to permit WELLS FARGO BANK, N.A. to pursue its rights under applicable non-bankruptcy law as to the real property described below;

2. ~~that this Order shall be immediately effective notwithstanding Fed. R. Bankr. P. 4001(a)(3); and~~

3. that the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein.

**Description of Subject Property**

445 Port Monmouth Rd. E., Port Monmouth, NJ 07758