| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Creditor WELLS FARGO BANK, N.A. | Order Filed on October 23, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>RONNIE J. CLARK and<br>ELIZABETH J. CLARK,<br><br>               Debtors. | Case No.:  19-26450-KCF<br><br>Chapter:  7<br><br>Hrg Date:  October 22, 2019 at 10:00 A.M.<br><br>Judge:  Hon. Kathryn C. Ferguson |

### ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: October 23, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page 2
Debtors: Ronnie J. Clark and Elizabeth J. Clark
Case No. 19-26450-KCF
Caption of Order: Order Vacating Stay as to Real Property

Upon the motion of WELLS FARGO BANK, N.A., by and through counsel, Saldutti Law Group, pursuant to 11 U.S.C. § 362(d), for relief from the automatic stay as to the real property described below; the Court having reviewed the Motion and any opposition filed thereto, if any, and heard oral argument, if any; now therefore;

It is on this day ORDERED:

1. that the automatic stay is vacated to permit WELLS FARGO BANK, N.A. to pursue its rights under applicable non-bankruptcy law as to the real property described below;

2. ~~that this Order shall be immediately effective notwithstanding Fed. R. Bankr. P. 4001(a)(3); and~~

3. that the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein.

**Description of Subject Property**

445 Port Monmouth Rd. E., Port Monmouth, NJ 07758

United States Bankruptcy Court
District of New Jersey

In re:
Ronnie J Clark
Elizabeth J Clark
    Debtors

Case No. 19-26450-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 23, 2019
                       Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2019.
```
db            +Ronnie J Clark,    445 Port Monmouth Road,    Port Monmouth, NJ 07758-1627
jdb           +Elizabeth J Clark,    28 Robinhood Drive,    Mountain Lakes, NJ 07046-1463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2019                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2019 at the address(es) listed below:
```
          Bunce   Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Donald F. Campbell, Jr.    on behalf of Joint Debtor Elizabeth J Clark dcampbell@ghclaw.com,
           4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.    on behalf of Debtor Ronnie J Clark dcampbell@ghclaw.com,
           4433@notices.nextchapterbk.com
          Michael   Kahme    on behalf of Creditor   Hill Wallack LLP mkahme@hillwallack.com,
           fmansmann@hillwallack.com
          Michael R. DuPont    on behalf of Creditor   First Financial Federal Credit Union
           dupont@redbanklaw.com,  dana@redbanklaw.com
          Rebecca Ann Solarz    on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee
           Et Al... rsolarz@kmllawgroup.com
          Rebecca K. McDowell    on behalf of Creditor    WELLS FARGO BANK, N.A rmcdowell@slgcollect.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```