UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 19-26450 |
| RONNIE J. CLARK AND ELIZABETH J. CLARK, | Chapter: | 7 |
| | Judge: | KCF |

## NOTICE OF PROPOSED ABANDONMENT

_____ Bunce D. Atkinson _____, _____ Trustee _____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____ Kathryn C. Ferguson _____ on ___ December 10, 2019 ___ at ___ 10:00 ___ a.m. at the United States Bankruptcy Court, Courtroom no. ___ 2 ___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  445 Port Monmouth Road, Port Monmouth, NJ 07758
($269,000.00)

Liens on property:
Chase-PO Box 78420, Phoenix, AZ 85062 ($141,925.80)
Select Portfolio Services-PO Box 65250, Attn: Bankruptcy Dept., Salt Lake City, UT 84165 ($63,987.38)
Wells Fargo Bank, NA-301 S. College St, MAC D1053-300, Charlotte, NC 28202 ($78,151.40)

Amount of equity claimed as exempt:  $25,150.00

Objections must be served on, and requests for additional information directed to:

Name:    Bunce D. Atkinson, Esq.

Address:    PO Box 8415, Red Bank, NJ 07701

Telephone No.:  732-530-5300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-26450-KCF
Ronnie J Clark                                                                                  Chapter 7
Elizabeth J Clark
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Oct 31, 2019
                             Form ID: pdf905          Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
```
db           +Ronnie J Clark,   445 Port Monmouth Road,   Port Monmouth, NJ 07758-1627
jdb          +Elizabeth J Clark,   28 Robinhood Drive,   Mountain Lakes, NJ 07046-1463
cr           +First Financial Federal Credit Union,   attn: Michael R. DuPont, Esq.,   229 Broad St.,
               PO Box 610,   Red Bank, NJ 07701-0610
cr           +Hill Wallack LLP,   21 Roszel Road,   Princeton, NJ 08540-6669
cr           +WELLS FARGO BANK, N.A.,   c/o Saldutti Law Group,   800 N Kings Highway Suite 300,
               Cherry Hill, NJ 08034-1511
518428878    +3 Ronson LLC,   c/o Absolute Properties,   115 East 11th Avenue,   Roselle, NJ 07203-2013
518428879    +ADT Security System,   19 Schoolhouse road,   Somerset, NJ 08873-1385
518428880     Atlantic Health System,   PO Box 21385,   Attn: Bankruptcy Dept,   New York, NY 10087-1385
518428881    +BonVenture Services, LLC,   34 Ironia road,   PO Box 850,   Flanders, NJ 07836-0850
518428885    +Catherine McFarland-Harvey,   28 Robinhood Drive,   Mountain Lakes, NJ 07046-1463
518428887    +Cawley & Bergmann, LLC (Citibank, N.A.),   550 Broad Street,   Suite 1001,
               Newark, NJ 07102-4542
             Chase,   PO B ox 78420,   Phoenix, AZ 85062-8420
518428888    +Citibank, N.A.,   701 East 60th St North,   Attn: Bankruptcy Dept.,
518428889      Sioux Falls, SD 57104-0493
518428893    +Constant Contact/Reservoir Place,   1601 Trapelo Road,   Waltham, MA 02451-7333
518428894     Credit First N.A. (Firestone),   PO Box 81344,   Att: Bankruptcy Dept,
               cleveland, OH 44188-0344
518428896    +Daniel E. Straffi, Esq.,   670 commons Way,   Toms River, NJ 08755-6431
518428899    +Evan M. Goldman, Esq.,   c/o A.Y. Strauss, LLC,   101 Eisenhower Parkway, Suite 412,
               Roseland, NJ 07068-1055
518428900     Facebook/Instagram,   1601 Willow Road,   Attn: Bankruptcy Dept,   Menlo Park, CA 94025-1452
518428903    +Gymboree Play & Music GPPI,   221 Main St.,   Suite 780,   San Francisco, CA 94105-1919
518428904    +Gymboree Play Programs Inc Plan & Music Cente,   500 Howard Street,   Suite 200,
               San Francisco, CA 94105-3027
518428905    +Hill Wallack LLP,   21 Roszel Road,   PO Box 5226,   Princeton, NJ 08543-5226
518428906     Hillsborough Centre LP,   c/o The Olde Mill Inn,   255 Route 202,   Basking Ridge, NJ 07920
518428907    +Hulafrog Inc,   c/o Alyson Denzler,   60 E Washington Ave,   Atlantic Highlands, NJ 07716-1326
518428908     Isaacson Orthodontics, LLP,   103 Parker road,   Attn: Bankruptcy Dept,
               West Long Branch, NJ 07764-1009
518428909    +John N. Chafos,   Fairlite Holding LLC,   299 US Hwy 22 East,   Dunellen, NJ 08812-1714
518428910     Julia M. Mateyka,   7 Carter Ct,   Hillsborough, NJ 08844-3200
518476466    +Life Time Athletic,   14 Fernwood Rd.,   Florham Park, NJ 07932-1906
518476465    +Life Time Athletic,   Attn: Dan Nielsen,   14 Fernwood Rd.,   Florham Park, NJ 07932-1906
518428913    +Middletown Sewerage Authority,   PO Box 281,   Attn: Bankruptcy Dept,
               Middletown, NJ 07748-0281
518428914    +Nixon Peabody/Andrew Loewinger Esq,   799 9th., NW,   Suite 500,   Washington, DC 20001-5327
518428917     Prime Healthcare Services-St Clares LLC,   PO Box 536597,   Attn: Bankruptcy Dept,
               Pittsburgh, PA 15253-5907
518428918     Prime Healthcare Services-St Clares LLC,   PO Box 949,   Attn: Bankruptcy Dept,
               matawan, NJ 07747--0949
518428920    +Rapid Capital Funding,   11900 Biscayne Blvd,   Suite 201,   Miami, FL 33181-2756
518428921     Riverview Medical Associates PA,   PO Box 249,   Attn: Bankruptcy Dept,
               Red Bank, NJ 07701-0249
518428922    +Robert F. Crook CPA, CFF,   Lenfell Associates LLC,   41 The Crescent,
               Montclair, NJ 07042-2641
518428923    +Robert J. Flanagan III,   Greenbaum, Rowe, Smith & Davis,   PO Box 5600,
               Woodbridge, NJ 07095-0988
518428925    +Saldutti Law G roup,   800 N. Kings Highway,   Suite 300,   Cherry Hill, NJ 08034-1511
518428927    +State New Jersey Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245
518428928    +State of New Jersey Division of Taxation,   PO Box 245,   Attn: Bankruptcy Dept.,
               Trenton, NJ 08695-0245
518428929    +State of New Jersey Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245
518428910    +TD Bank/Target,   PO box 673,   Minneapolis, MN 55440-0673
518476467    +Wells Fargo Bank,   301 S. College,   MAC D1053,   Charlotte, NC 28202-6000
518428935    +Wells Fargo Bank, N.A.,   3476 Stateview Blvd,   Fort Mill, SC 29715-7200
518428933    +Wells Fargo Bank, N.A.,   1620 East Roseville Parkway,   1st Floor #100,
               Roseville, CA 95661-3995
518428934    +Wells Fargo Bank, N.A.,   Gwen Williams,   301 S. Tryon Street, 16th Floor,
               Charlotte, NC 28282-1915
518428936    +Wells Fargo Bank, NA/SBA Lending,   1455 West Lake Street,   Suite 306,
               Minneapolis, MN 55408-2648
518428937     Wells Fargo Visa Card Services,   PO Box 77053,   Attn: Bankruptcy Dept,
               Minneapolis, MN 55480-7753
518428938    +WorldPay Merchant Services,   150 Mercury Village Drive,   Durango, CO 81301-8955
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Oct 31, 2019
                              Form ID: pdf905          Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg                E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2019 00:11:59     U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2019 00:11:56     United States Trustee,
                   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
518428883          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 01 2019 00:15:00     Capital One,
                   PO Box 6492,   Attn: Bankruptcy Dept,   Carol Stream, IL 60197-6492
518428882          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 01 2019 00:15:01     Capital One,
                   PO Box 30285,   Attn: Bankruptcy Dept.,   Salt Lake City, UT 84130.0285
518428884         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 01 2019 00:15:00
                   Capital One Bank USA NA,   4851 Cox Road,   Glen Allen, VA 23060-6293
518428886         +E-mail/Text: bankruptcy@cavps.com Nov 01 2019 00:12:20
                   Cavalry SPV I, LLC as assignee of Citibank, N,   500 Summit Lake Drive,   Suite 400,
                   Valhalla, NY 10595-2321
518428890         +E-mail/Text: documentfiling@lciinc.com Nov 01 2019 00:09:15     Comcast,   One Comcast Center,
                   Philadelphia, PA 19103-2899
518428891          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2019 00:11:33     Comenity Bank,
                   PO Box 659728,   Attn: Bankruptcy Dept,   San Antonio, TX 78265-9728
518428892         +E-mail/Text: tuscoisup@fisglobal.com Nov 01 2019 00:12:37
                   Complete Payment Recovery Services, Inc. (Pro,   3500 5th St,   Attn: Bankruptcy Dept,
                   Northport, AL 35476-4723
518428895         +E-mail/PDF: creditonebknotifications@resurgent.com Nov 01 2019 00:13:38
                   Credit One Bank, N.A.,   PO Box 98875,   Las Vegas, NV 89193-8875
518428897          E-mail/Text: cio.bncmail@irs.gov Nov 01 2019 00:11:10     Department of the Treasury IRS,
                   PO Box 7346,   Attn: Bankruptcy Dept.,   Philadelphia, PA 19101-7346
518428901         +E-mail/Text: laura@redbanklaw.com Nov 01 2019 00:10:44     First Financial Federal Credit Union,
                   c/o McKenna DuPont Higgins & Stone,   229 Broad St,   Red Bank, NJ 07701-2009
518428902         +E-mail/Text: bankruptcy-notification@google.com Nov 01 2019 00:10:46     Google Ad Words,
                   Legal Dept-Ads Arbitration,   1600 Amphitheater Parkway,   Mountain View, CA 94043-1351
518428911          E-mail/Text: bncnotices@becket-lee.com Nov 01 2019 00:10:54     Kohl's,   Po Box 2983,
                   Attn: Bankruptcy Dept,   Milwaukee, WI 53201-2983
518428912         +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2019 00:14:23     LVNV Funding LLC,
                   PO Box 1269,   Greenville, SC 29602-1269
518428915         +E-mail/Text: bankruptcy@pseg.com Nov 01 2019 00:09:21     PSE&G,   Attn: Bankruptcy Dept,
                   PO box 490,   Cranford, NJ 07016-0490
518428916         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 00:13:34
                   Portfolio Recov Assoc,   150 Corporate Blvd,   Norfolk, VA 23502-4952
518428919         +E-mail/Text: bknotices@providentnj.com Nov 01 2019 00:12:41     Provident Bank,
                   239 Washington Avenue,   Attn: Bankruptcy Dept.,   Jersey City, NJ 07302-3828
518428924         +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 00:13:20     SYNCB/Care Credit,
                   PO Box 965036,   Orlando, FL 32896-5036
518428926          E-mail/Text: jennifer.chacon@spservicing.com Nov 01 2019 00:13:08     Select Portfolio Service,
                   PO Box 65450,   Attn: Bankruptcy Dept.,   Salt Lake city, UT 84165-0450
518431375         +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 00:14:42     Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518428930          E-mail/Text: bankruptcy@td.com Nov 01 2019 00:12:01     TD Bank, N.A.,   32 Chestnut St,
                   Lewiston, ME 04240
518428932          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 01 2019 00:09:05
                   Verizon,   PO Box 15124,   Attn: Bankruptcy Dept,   albany, NY 12212-5124
                                                                                              TOTAL: 23


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518428898*     Department of the Treasury-IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                          Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Oct 31, 2019
                             Form ID: pdf905           Total Noticed: 71

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
          Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
          maraujo@atkinsondebartolo.org
          Bunce  Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Donald F. Campbell, Jr.   on behalf of Debtor Ronnie J Clark dcampbell@ghclaw.com,
          4433@notices.nextchapterbk.com
          Donald F. Campbell, Jr.   on behalf of Joint Debtor Elizabeth J Clark dcampbell@ghclaw.com,
          4433@notices.nextchapterbk.com
          Michael  Kahme    on behalf of Creditor   Hill Wallack LLP mkahme@hillwallack.com,
          fmansmann@hillwallack.com
          Michael R. DuPont    on behalf of Creditor   First Financial Federal Credit Union
          dupont@redbanklaw.com,  dana@redbanklaw.com
          Rebecca Ann Solarz    on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee
          Et Al... rsolarz@kmllawgroup.com
          Rebecca K. McDowell    on behalf of Creditor   WELLS FARGO BANK, N.A rmcdowell@slgcollect.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 9