UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Justin S. Baumgartner, Esq. (245262017)
GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
Tel: (732) 741-3900
Fax: (732) 224 6599
Attorneys for the Debtors

**Order Filed on January 22, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Ronnie J. Clark,
Elizabeth J. Clark,

Debtors.

Case Number: 19-26450-KCF

Hearing Date: January 21, 2020

Judge: Kathryn C. Ferguson

Chapter: 7

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: January 22, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as ____445 Port Monmouth Road, Middletown, NJ 07758____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. First Financial Credit Union vs. Clark. Judgment Number: J-083005-15.

2.

3.

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*