UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Justin S. Baumgartner, Esq. (245262017)
GIORDANO, HALLERAN & CIESLA, P.C.
125 Half Mile Road, Suite 300
Red Bank, N.J. 07701
Tel: (732) 741-3900
Fax: (732) 224 6599
Attorneys for the Debtors

Order Filed on January 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Ronnie J. Clark,
Elizabeth J. Clark,

Debtors.

Case Number: 19-26450-KCF

Hearing Date: January 21, 2020

Judge: Kathryn C. Ferguson

Chapter: 7

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: January 22, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as ___445 Port Monmouth Road, Middletown, NJ 07758___, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. ___First Financial Credit Union vs. Clark. Judgment Number: J-083005-15.___

2. _____

3. _____

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*

```
                    United States Bankruptcy Court
                          District of New Jersey
```

In re:                                                          Case No. 19-26450-KCF
Ronnie J Clark                                                  Chapter 7
Elizabeth J Clark
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1              Date Rcvd: Jan 22, 2020
                              Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
db         +Ronnie J Clark,    445 Port Monmouth Road,    Port Monmouth, NJ 07758-1627
jdb        +Elizabeth J Clark,    28 Robinhood Drive,    Mountain Lakes, NJ 07046-1463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
              Bunce   Atkinson     on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com
              Bunce   Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,
               atkinson@remote7solutions.com
              Donald F. Campbell, Jr.    on behalf of Joint Debtor Elizabeth J Clark dcampbell@ghclaw.com,
               4433@notices.nextchapterbk.com
              Donald F. Campbell, Jr.    on behalf of Debtor Ronnie J Clark dcampbell@ghclaw.com,
               4433@notices.nextchapterbk.com
              Justin   Baumgartner    on behalf of Debtor Ronnie J Clark jbaumgartner@ghclaw.com
              Justin   Baumgartner    on behalf of Joint Debtor Elizabeth J Clark jbaumgartner@ghclaw.com
              Michael   Kahme    on behalf of Creditor    Hill Wallack LLP mkahme@hillwallack.com,
               fmansmann@hillwallack.com
              Michael R. DuPont    on behalf of Creditor    First Financial Federal Credit Union
               dupont@redbanklaw.com, dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               Et Al... rsolarz@kmllawgroup.com
              Rebecca K. McDowell    on behalf of Creditor    WELLS FARGO BANK, N.A rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11