Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–26450–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronnie J Clark
aka Ron J Clark
445 Port Monmouth Road
Port Monmouth, NJ 07758

Elizabeth J Clark
aka Elizabeth Joan Clark, aka Elizabeth J McFarland
28 Robinhood Drive
Mountain Lakes, NJ 07046

Social Security No.:
  xxx–xx–5660                                       xxx–xx–4732

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 6, 2020            Kathryn C. Ferguson
                                   Judge, United States Bankruptcy Court